FITZGERALD, Appellant, v. LAKE SHORE & M. S. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Louisa E. Fitzgerald, as administratrix, etc., against the Lake Shore & Michigan Southern Railway Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

In re FLITNER. (Supreme Court, Appellate Division, First Department. February 5, 1909.) In the matter of William H. Flitner. No opinion. Respondent disbarred. Settle order on notice.

FOLEY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Mary Foley against the city of New York. C. O. Maas, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FOLEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Mary Foley against the city of New York. No opinion. Motion denied, with $10 costs. Order filed.

FOOTE v. LEARY et al. (Supreme Court, Appellate Division. First Department. March 5, 1909.) Appeal from Special Term, New York County. Action by Elizur V. Foote, as executor of Edward S. Stokes, against Mary C. Leary, as administratrix of James D. Leary, and another. From an order denying a motion to be substituted as plaintiff, William C. Reid appeals. Modified and affirmed. Pierre H. Brown, for appellant. Richard E. Dwight, for respondents.

PER CURIAM. The order should be modified, by providing that the appellant be made a party defendant, and as such be permitted to serve such answer as he may be advised. As so modified, the order should be affirmed, without costs to either party.

FRANK, Respondent, v. VILLAGE OF WARSAW, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by John Frank against the village of Warsaw.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 116 App. Div. 618, 101 N. Y. Supp. 938.

McLENNAN, P. J., dissents.

FRANKEL, Appellant, v. FRIEDMAN, Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Armin Frankel against Jonathan Friedman. S. H. Stiles, for appellant. A. C. Weil, for respondent.

PER CURIAM. Judgment (58 Misc. Rep. 451, 111 N. Y. Supp. 436) affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

115 N.Y.S.—71

FRANKLIN et al., Respondents, v. HOADLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by William H. Franklin and another against Joseph H. Hoadley and another impleaded. G. S. Graham, for appellants. E. L. Mooney, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 126 App. Div. 687, 111 N. Y. Supp. 300.

FREES, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Chauncey A. Frees against Sol. Bernstein. No opinion. Order affirmed, with costs.

FUCHS, Respondent, v. BENZION et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Lena Fuchs against Joseph Benzion and Jacob End, copartners, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

FULTON COUNTY GAS & ELECTRIC CO. v. HUDSON RIVER TELEPHONE CO. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by the Fulton County Gas & Electric Company against the Hudson River Telephone Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: First. Does it appear on the face of the complaint that it does not state facts sufficient to constitute a cause of action? Second. Does it appear on the face of the counterclaim set forth in paragraph numbered 17 of the defendant's amended answer (1) that said counterclaim is not of the character specified in section 501 of the Code of Civil Procedure; (2) that said counterclaim does not state facts sufficient to constitute a cause of action? Third. Does it appear on the face of the counterclaim set forth in paragraph numbered 18 of the defendant's amended answer (1) that said counterclaim is not of the character specified in section 501 of the Code of Civil Procedure; (2) that said counterclaim does not state facts sufficient to constitute a cause of action? Fourth. Is the interlocutory judgment in this case, overruling the demurrer to the plaintiff's complaint on the ground of insufficiency, the law of the case as to the sufficiency of the complaint? See, also, 60 Misc. Rep. 247, 113 N. Y. Supp. 22, 114 N. Y. Supp. 642.

GAEBLER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Marie Gaebler, as administratrix of Charles G. Gaebler, deceased, against the Brooklyn Heights Railroad Company. No opinion. Motion denied, without costs.

GAFFEY, Appellant, v. THALHEIMER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.)

Action by Albert Gaffey against Gates Thalheimer. No opinion. Judgment and order affirmed, with costs.

**GALLAGHER**, Appellant, v. **JOHN HANCOCK MUT. LIFE INS. CO.**, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Bertha Gallagher, as administratrix, etc., of Henry King, deceased, against the John Hancock Mutual Life Insurance Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

**GANSS**, Appellant, v. **J. M. GUFFEY PETROLEUM CO.**, Respondent. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Herman Ganss against the J. M. Guffey Petroleum Company. L. J. Vorhaus, for appellant. H. A. Poor, for respondent.

PER CURIAM. Judgment affirmed, on 125 App. Div. 780, 110 N. Y. Supp. 176, with costs. Order filed.

CLARKE, J., dissents, on opinion on former appeal.

**GARLOCK**, Respondent, v. **FIRE ASS'N OF PHILADELPHIA**, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Morgan B. Garlock, as receiver, etc., against the Fire Association of Philadelphia.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff within 20 days stipulates to reduce the verdict to the sum of $1,620, with interest from November 7, 1901, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

**GARRISON**, Respondent, v. **PELL**, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Cornelius M. Garrison against Stephen H. P. Pell, impleaded with others. A. H. Larkin, for appellant. W. Hauser, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**GARVEY**, Appellant, v. **GARVEY**, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Daniel C. Garvey against Mary Garvey. No opinion. Judgment affirmed, without costs.

**GENOVESIA** v. **PELHAM OPERATING CO.** (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Rosario Genovesia, as administratrix, against the Pelham Operating Company. No opinion. Motion denied, with $10 costs. Order filed.

In re **GESCHEIDT**. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) In the matter of the application of Albert F. Gescheidt, Jr., for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

**GIEBELHAUSEN** et al., Respondents, v. **SUMNER** et al., Appellants. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Frederick R. Giebelhausen and others against A. Ewing Sumner and others. G. W. Files, for appellants. P. L. Ryan, for respondents.

PER CURIAM. Judgment and order affirmed, with costs, and appeal from decision dismissed. Order filed.

INGRAHAM and HOUGHTON, JJ., dissent.

**GILBERT** v. **MATTHEWS** et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Sophia Gilbert against Josephine Matthews and others. M. Grossman, for appellants. A. H. Wadick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**GILMORE CO.**, Respondent, v. **SMITH**, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by the Gilmore Company against Milo D. Smith. No opinion. Order affirmed, with $10 costs and disbursements.

**GIULIANI**, Appellant, v. **GIULIANI**, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Luciano Giuliani against Ranierio Giuliani. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re **GLEASON**. (Supreme Court, Appellate Division, First Department. March 26, 1909.) In the matter of Ann Gleason. No opinion. Motion granted, with $10 costs. Order filed.

**GOLDEN** et al., Respondents, v. **GOLDMAN**, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Gussie Golden and another against Louis Goldman. No opinion. Judgment affirmed, with costs.

**GOLDENTHAL** et al., Respondents, v. **POPPER**, Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Tuli Goldenthal and another against Kalman Popper. J. L. Krone, for appellant. E. I. Yuells, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

**GOOLD** v. **NEW YORK, N. H. & H. R. CO.** (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Helen S. Goold against the New York, New Haven & Hartford Railroad Company. With this case has been consolidated in this court cases bearing titles as follows: Dezso Fuchs against the North German Lloyd Steamship Company; Runkel Bros. v. Jas. T. Caparell; Simon Horowitz v. Harris Bronstein. No opinion. Appli-